UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Asbury Automotive Group, Inc., et al. v. Visa, Inc., et al.*, No. 20-cv-00593 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

WHEREAS all plaintiffs ("Plaintiffs") in the action captioned *Asbury Automotive Group, Inc., et al. v. Visa, Inc., et al.*, No. 20-cv-00593 (E.D.N.Y.) (and appearing on the Court's docket as *All Plaintiffs 20-cv-00593 v. Visa, Inc. et al.*), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against all of the defendants in the *Asbury Automotive Group* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreements or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or

1

relating to the parties' settlement agreements or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: March 2, 2020.

CROWLEY NORMAN LLP

By: _____
Richard E. Norman
Three Riverway, Suite 1775
Houston, TX 77056
(713) 651-1771
rnorman@crowleynorman.com

**STRANGE & BUTLER LLP**

Keith L. Butler
Brian R. Strange
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
(310) 207-5055
kbutler@strangeandbutler.com
bstrange@strangeandbutler.com

**NIX PATTERSON LLP**

Michael B. Angelovich
Jeffrey J. Angelovich
3600 N. Capital of Texas Highway
Suite B350
Austin, TX 78746
(512) 328-5333
mangelovich@nixlaw.com
jangelovich@nixlaw.com

**BECK | REDDEN LLP**

Fields Alexander
W. Curt Webb
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
falexander@beckredden.com
cwebb@beckredden.com

*Attorneys for Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

HOLWELL SHUSTER & GOLDBERG LLP

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

SO ORDERED:

Dated:

March 3, 2020              _____S/Margo K. Brodie_____
Brooklyn, New York              United States District Judge